UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACKY ("JACK") DASWANI ,
Plaintiff(s),
v.
PARIS BAGUETTE FAMILY ,
Defendant(s).

Case No. 4:26-cv-5193-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE ; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Marshall T. Kizner, an active member in good standing of the bar of Supreme Court of New Jersey, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Paris Baguette Family, Inc. in the above-entitled action. My local co-counsel in this case is Bao M. Vu, Esq., an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 277970.

| | |
|---|---|
| 100 American Metro Blvd., Hamilton, NJ | 1 Montgomery St, Suite 3230, San Francisco, |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 609-219-7449 | 415-500-6572 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| mkizner@stark-stark.com | bao.vu@stoel.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 011312008.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 31, 2026

Marshall T. Kizner
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Marshall T. Kizner is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/4/2026

Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE

# Supreme Court of New Jersey

# Certificate of Good Standing

*This is to certify that* **MARSHALL T KIZNER** *(No.* **011312008** *) was constituted and appointed an Attorney at Law of New Jersey on* **November 27, 2008** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*

*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 23rd day of July, 2026.*

Heather J Baker

*Clerk of the Supreme Court*